Francis P. Xavier
_Name_
Y.K.C.C., Pouch 400
Bethel, AK 99559
_Mailing address_

_____
_Telephone_

RECEIVED

FEB 2 6 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Francis P. Xavier for,
my sons P.    + A.   Xavier
_____
(Full name of plaintiff in this action)

Plaintiff,

vs.

~~Charter North Star Hospital~~,
~~Dr. Heidi~~ Dr. Heidi Lopez-Conjohn
North Star Behavioral Health System

Office of Children Services
_____
(Full names of ALL defendant(s) in this action.
Do NOT use _et al._)

Defendant(s).

Case No. 3:08-CV-00027 TMB
(To be supplied by Court)

### COMPLAINT UNDER
### THE CIVIL RIGHTS ACT
### 42 U.S.C. § 1983

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction
under any different or additional authorities, list them below.

_____

_____

_____

Page 1 of 8

PS02 (6/03)

**B. Parties**

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of _Francis P. Xavier_,
who presently resides at _Y.K.C.C. Pouch 400 Bethel, AK 99559_, were
<span style="font-size:smaller">(mailing address)</span>
violated by the actions of the below named individual(s). The actions were directed against Plaintiff
at _North Star Behavioral Health System_ on the following dates: _Feb 2007_,
<span style="font-size:smaller">(place where violation occurred)</span> <span style="font-size:smaller">(Claim 1)</span>
_June 2007_ and _____.
<span style="font-size:smaller">(Claim 2 )</span> <span style="font-size:smaller">(Claim 3)</span>

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Dr. Heidi Lopez-Coonjohn_, is a citizen of
<span style="font-size:smaller">(name)</span>
_Juneau, AK_, and is employed as a _Doctor_.
<span style="font-size:smaller">(state)</span> <span style="font-size:smaller">(defendant's government position/title)</span>

____ This defendant **personally participated** in causing my injury, and I want **money damages**.

_X_ The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 2, _North Star Behavioral Health System_, is a citizen of
<span style="font-size:smaller">(name)</span>
_Anchorage_, and is employed as _Dr. Heidi Lopez-Coonjohn_.
<span style="font-size:smaller">(state)</span> <span style="font-size:smaller">(defendant's government position/title)</span>

____ This defendant **personally participated** in causing my injury, and I want **money damages**.

_X_ The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Office of Children Services_ Lauri Owen, is a citizen of
<span style="font-size:smaller">(name)</span>
_Bethel_, and is employed as a _assistance attorney General_
<span style="font-size:smaller">(state)</span> <span style="font-size:smaller">(defendant's government position/title)</span>

____ This defendant **personally participated** in causing my injury, and I want **money damages**.

____ The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Case 3:08-cv-00027-TMB   Document 1   Filed 02/26/08   Page 2 of 9

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: The following civil right has been violated: _Malpractice - medications_
_without Parents consent._

(e.g., due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only **one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1. Include **dates**.)

P . is my son who is 12 years old, and has been forced medications without my consent. Dr. Heidi Lopez-coonjohn, prescribed Ability with my consent, except, I did not consent to clonidine, and Dr. Lopez, did not call me in regards to the side effects of the clonidie that was prescribed to P. My son has been complaining about having head aces after having these medications. Dr. Heidi Lopez-coonjohn, did not inform about what the causes were on these medications and I don't think its right to prescribe any medications to a child, that I don't know what these medications are used for.

Page 3 of 8

<u>Claim 2:</u> The following civil right has been violated: *Mal practice – medications* *without parents consent.*

(e.g., due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one civil right violation.)

<u>Supporting Facts:</u> (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2. Include **dates**.)

A. Xavier, was placed at charter North Star Hospital, on June of 2007. I have informed Shirely Kenrick, who works for Office of children Services, not to prescribe any medications to A. Xavier. Shirely, or Dr. Heidi Lopez-Coonjohn, did not inform me about A. Xavier, being prescribed Risperdal and Concerta. I did not consent to these medications to be prescribed to A. Xavier. I was not informed what, Risperdal and Concerta, were for are used for.

Page 4 of 8

<u>Claim 3</u>: The following civil right has been violated:_____

(e.g., due process, freedom of religion, free speech, freedom

_____

of association and/or assembly, freedom from cruel and unusual punishment, etc.  List only one civil right violation.)

<u>Supporting Facts</u>: (Briefly describe **facts** you consider important to Claim 3.  State what happened clearly, **in your own words.  DO NOT** cite legal authority or argument.  Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3.  Include **dates**.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 5 of  8

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved

in this action? _X_ Yes ____ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the

additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s): _Francis Xavier_

Defendant(s): _Yukon Kuskokwim Correctional Center_

b. Name and location of court: _Bethel Court_
_Bethel, Alaska 99559_

c. Docket number: _4BE - 05 - 416 CI_

d. Name of judge to whom case was assigned: _Marvin Hamilton III_

e. Disposition: _Still pending_
(For example, was the case dismissed, appealed or still pending?)

f. Issues Raised: _NO_ .

g. Approximate date case was filed: _2003_

h. Approximate date of final decision: _None_

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction ordering defendant(s) _to pay for medical malpractice_
_for P. + A Xavier, who were prescibed_
_medications, without my consent._

2. Damages in the amount of $_2.1 million_

3. Punitive damages in the amount of $ _1.0 million_

4. Declaratory judgment: _Medical malpractice._

5. Attorney's fees, in the event plaintiff is or will be represented by counsel, of $_____

5. Other: _I would please like to file for Forma Pauperis_
_by 28 U.S.C. §1915(a) under 28 U.S.C. §1915(G)_

Plaintiff demands a trial by __X__ Jury _____ Court. (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_Francis P. Xavier_
**Plaintiff's Original Signature**

_Francis P. Xavier_
Plaintiff's Full Name

Executed at _Bethel, AK 99559_ on _2/20/08_
(Location) (Date)

Page 7 of 8

_____
Original Signature of Attorney (if any)       (Date)

_____

_____

Attorney's Address and Telephone Number

I would please requst under Forma pauperis §1915(a)
28 U.S.C., to have Stuart A Schlesinger, to represent me,
Julien & Schelsinger P.C.
one whitehall street, 17th floor
New York, NY 10004
212-862-8020

due to their knowledge on medical malpractice issuse.
Thank You.

Francis Xavier
_Francis Xavier_

Francis Xavier
Yukon Kuskokwim Correctional Center
Pouch 400
Bethel, AK 99559

PITNEY BOWES
U.S. POSTAGE
1960
9460 $00.920 FEB 26 2008
9444 MAILED FROM ZIP CODE 99559
P83547958

United States District Court
222 West 7th Ave #41
Anchorage, AK 99513